**No. 55162.**—Rohner Gehrig & Co., Inc. *v.* United States, protest 162531–K (New York).

Opinion by EKWALL, J. The court finding that the protest was not filed within the statutory period of 60 days after liquidation, as required by section 514, Tariff Act of 1930, the protest was dismissed.

**No. 55163.**—Geo. Wm. Rueff, Inc. *v.* United States, protest 148406–K/13020 (New Orleans).

Opinion by JOHNSON, J. An examination of the papers in the case disclosing no reason to disturb the action of the collector, which was presumptively correct, the protest was overruled.

**No. 55164.**—The Leonard Granite Co. *v.* United States, protest 158707–K (Philadelphia).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector which was presumptively correct. The protest was therefore overruled.

**No. 55165.**—Grace Line, Inc. *v.* United States, protest 164102–K (New York).

Opinion by JOHNSON, J. An examination of the papers disclosing that certain mandatory regulations of the Secretary of the Treasury were not complied with, the protest was overruled.